COMMONWEALTH OF MASSACHUSETTS

UNITED STATES OF AMERICA

SAFE HARBOR MARINAS, LLC
D/B/A BREWER PLYMOUTH MARINE

    VS.                                                  C.A. No. 18-cv-12254-PBS

NICHOLAS J. FIORILLO, INDIVIDUALLY
AND D/B/A APPIAN WAY 54, LLC
IN PERSONAM; AND
THE VESSEL "APPIAN WAY"
OFFICIAL NUMBER 1040343,
HER ENGINES, EQUIPMENT, ETC.,
AND ALL OTHER APPURTENANCES,
IN REM

## ORDER OF NOTICE

Upon motion of the Plaintiff herein for an order, pursuant to 46 USC 31325, directing the manner of giving actual notice of the commencement of the captioned action, it is hereby

ORDERED that thp United States Marshal shall forthwith notify Nicholas J. Fiorillo and the "APPIAN WAY" of the pendency of this proceeding by delivering to them a copy of the summons, complaint and warrant for arrest at the vessel, and if he shall not be found on board the vessel, the Plaintiff is authorized to mail copies of the same to it by first class mail and certified mail, return receipt requested, at the address(es) of the defendant or provided for personal service set forth in the Plaintiffs's motion.

ORDER: _____
U. S. District Court Judge
Date: 12/11/18

ENTER: _____
Clerk

Presented by,
Attorney for Plaintiff,

/s/ Edward G. Lawson
Edward G. Lawson
260 Lonsdale Avenue
Pawtucket, Rhode Island 02860
(401) 725-1810
(401) 725-2244 Fax
Elawson@edlawsonlaw.com
BBO: 645647